**Valierie MILLER, Plaintiff-Appellant,**

v.

**NCL (BAHAMAS), LTD., a foreign corporation d.b.a. Norwegian Cruise Line, and /or NCL America., Defendant-Appellee.**

No. 16-12019
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(March 1, 2017)

Jay Mitchell Levy, Ryan Marks, Jay M. Levy, PA, Miami, FL, Robert L. Gardana, Robert L. Gardana, PA, Miami, FL, for Plaintiff-Appellant

Richard J. McAlpin, Daniel Scott Marcotte, McAlpin Conroy, PA, Miami, FL, Geoffrey Edward Probst, Norwegian Cruise Lines, Inc., Miami, FL, for Defendant-Appellee

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

After reviewing the parties' briefs and the record, we affirm the district court's grant of summary judgment in favor of defendant-appellee NCL (Bahamas), Ltd. on plaintiff-appellant Valierie Miller's negligence action under federal maritime law for the reasons outlined in the district court's thorough and well-reasoned discussion of the duty owed by the ship to Ms. Miller as well as the open and obvious nature of the danger presented.

**AFFIRMED.**